NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT VON GOETZMAN,　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Appellant,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　Case No.  2D17-2705
　　　　　　　　　　　　　　　　　)
WILLY SCHREIBER ENTERPRISES INC., )
D/B/A SEFFNER SELF STORAGE EAST; )
WILLY SCHREIBER, INDIVIDUALLY;　 )
SEFFNER SELF STORAGE WEST INC.;　)
AND PATRICIA MCBRIDE,　　　　　　)
INDIVIDUALLY,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Appellees.　　　　　　　　)
_____)

Opinion filed March 7, 2018.

Appeal from the Circuit Court for
Hillsborough County; Robert A. Foster, Jr.,
Judge.

Robert Von Goetzman, pro se.

Rory B. Weiner of Rory B. Weiner, P.A.,
Brandon, for Appellees.


PER CURIAM.

　　　　Affirmed.



NORTHCUTT, SILBERMAN, and MORRIS, JJ., Concur.